IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11CV352-MOC-DSC

| | |
|---|---|
| DAWN SMITH WHITLOCK, | ) |
| Plaintiff, | ) |
| v. | ) **MEMORANDUM AND ORDER** |
| TAHITIANA A. CHAFFIN, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Motion of Defendants Tahitiana A. Chaffin and Jeffrey W. Weatherman for an Order Quashing Subpoenas Seeking Personnel Records. . .," Doc. 12, filed April 12, 2012 and City of Monroe's "Motion to Quash Subpoena," Doc. 14, filed on April 18, 2012 and the parties' associated briefs and exhibits. See Docs. 13, 15, 18, 19, 20 and 22.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

Having carefully reviewed the pleadings, record, and applicable authority, the Court GRANTS the Motion to Quash with respect to Defendants' social security numbers; identification of Defendants' residence addresses; identification of Defendants' family members including social security numbers; Defendants' financial information; and Defendants' insurance and benefits information. However, the Court DENIES the Motion to Quash with respect to Defendants' medical history and the remainder of Defendants' personnel files.

**IT IS HEREBY ORDERED** that:

1. "Motion of Defendants Tahitiana A. Chaffin and Jeffrey W. Weatherman for an Order Quashing Subpoenas Seeking Personnel Records. . .," Doc. 12 is **GRANTED in part and DENIED**

**in part.** Defendants are required to produce their personnel files from former employers with the redaction of the following information: Defendants' social security numbers; identification of Defendants' residence addresses; identification of Defendants' family members including social security numbers; Defendants' financial information; and Defendants' insurance and benefits information.

    2. The City of Monroe's "Motion to Quash Subpoena," Doc. 14 is **GRANTED in part and DENIED in part.** The City of Monroe is required to produce Defendant Tahitiana A. Chaffin's personnel file with the redaction of the following information: Defendants' social security numbers; identification of Defendants' residence addresses; identification of Defendants' family members including social security numbers; Defendants' financial information; and Defendants' insurance and benefits information.

    3. All personnel files produced pursuant to this Order are subject to the Court's Protective Order, Doc. 10, filed March 12, 2012 governing disclosure of the Defendants' personnel files from the Town of Stallings.

    2. The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

    **SO ORDERED.**              Signed: May 23, 2012

_____
David S. Cayer
United States Magistrate Judge