**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL NO. 3:11CV352-MOC-DSC**

| | |
|---|---|
| DAWN SMITH WHITLOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAHITIANA A. CHAFFIN, et al., )<br>)<br>Defendants. )<br>) | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Compel" (document #27) and the parties' associated briefs and exhibits. See documents ## 27-1 through 27-5, 28 and 30. Plaintiff has not filed a reply brief in support of her Motion and the time for filing a reply has expired.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

Having carefully reviewed the pleadings, record, and applicable authority, the Court concludes that as stated in their "Opposition to Plaintiff's Motion to Compel" (document #30), Defendants' objections to certain of Plaintiff's interrogatories and requests for production of documents are supported by governing case law. Otherwise, Defendants' responses are complete. For these reasons as well as the other reasons stated in Defendants' brief, the Court denies Plaintiff's Motion.

The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED.**                    Signed: July 26, 2012

_____
David S. Cayer
United States Magistrate Judge